IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| EQUITY FORWARD,<br><br>*Plaintiff*,<br><br>v.<br><br>U.S. DEPARTMENT OF HEALTH & HUMAN SERVICES,<br><br>*Defendant*. | Civ. A. No. 19-0461 (TNM) |

**JOINT STATUS REPORT**

Pursuant to the Court's May 29, 2019 Minute Order, the parties, by and through their undersigned counsel, respectfully submit the following joint status report and proposed schedule for this Freedom of Information Act ("FOIA") matter:

This action involves six separate FOIA requests submitted by Plaintiff Equity Forward to the U.S. Department of Health & Human Services ("HHS") between October 5, 2018, and December 6, 2018.

On May 14, 2019, the parties exchanged information and proposals regarding revised search terms and other efforts to narrow the volume of potentially responsive records to be reviewed by the agency. On June 26, 2019, HHS provided Plaintiff with the results of the revised searches, including updated page counts, for 5 of the 6 requests. For Request #5 (2019-00344-FOIA-OS), HHS reported that the revised search was incorrectly executed, and the agency is working with its search contractor to conduct an appropriate search for the request as narrowed by Plaintiff.

On June 27, 2019, the parties' counsel held a meet-and-confer teleconference. On that call, the parties agreed that they will continue to negotiate regarding additional ways to revise the

search and/or narrow the number of records potentially responsive to Request #6 (2019-00342-FOIA-OS), which remains unexpectedly large.  HHS also agreed that for the five requests being processed by the Office of the Secretary (OS), HHS is willing to prioritize review of the requests in the order requested by Plaintiff.  Shortly after the call, Plaintiff provided HHS with its preferred order of review for the three OS requests that are currently ready for review (Request #1, 2019-00127-FOIA-OS, Request #2, PHS 19-0180-FOIA, and Request #3, 2019-00285-FOIA-OS).

The parties also agreed that on or before July 9, 2019, HHS will notify Plaintiff of its proposed processing rate for review of the potentially responsive records, so that the parties can attempt to reach an agreement on that issue.

Based on the foregoing, the parties propose that the Court direct the parties to file another joint status report with an update on the parties' ongoing negotiations and a proposed schedule for further proceedings on or before August 2, 2019.

Dated: June 27, 2019

 */s/ Sara Kaiser Creighton*
Sara Kaiser Creighton
D.C. Bar No. 1002367

AMERICAN OVERSIGHT
1030 15th Street NW, B255
Washington, DC 20005
(202) 869-5245
sara.creighton@americanoversight.org

*Counsel for Plaintiff Equity Forward*

Respectfully submitted,

JESSIE K. LIU
D.C. Bar 472845
United States Attorney

DANIEL F. VAN HORN
D.C. Bar 924092
Chief, Civil Division

By: */s/ Daniel P. Schaefer*
DANIEL P. SCHAEFER
D.C. Bar 996871
Assistant United States Attorney
555 4th Street, N.W.
Washington, D.C. 20530
Tel: (202) 252-2531
E-mail: Daniel.Schaefer@usdoj.gov

*Counsel for Defendant*

**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA**

| | |
|---|---|
| EQUITY FORWARD,<br><br>  *Plaintiff*,<br><br> v.<br><br>U.S. DEPARTMENT OF HEALTH & HUMAN SERVICES,<br><br>  *Defendant*. | Civ. A. No. 19-0461 (TNM) |

**PROPOSED ORDER**

  In light of the parties' joint status report, it is hereby **ORDERED** that the parties shall file a further joint status report discussing, *inter alia*, the status of the parties' negotiations and a proposed schedule for further proceedings on or before August 2, 2019.

_____      _____
Date                    United States District Judge